# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2017

Stephen J. Markman,
Chief Justice

155152(65)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* HILL, Minors.

SC: 155152
COA: 332923
Alger CC Family Division:
   2013-004455-NA

_____/

On order of the Chief Justice, the motion of the Legal Services Association of Michigan and the Michigan State Planning Body for Legal Services to submit a joint amici curiae brief and to extend the deadline for submitting the amicus brief is GRANTED. The amicus brief will accepted as timely filed if submitted on or before August 31, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2017



Clerk